DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN OVERTON,**
Appellant,

v.

**NSU GRANDE OAKS, LLC,**
Appellee.

No. 4D21-2184

[August 25, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE-19-016421 (03).

Scott M. Behren of Behren Law Firm, Weston, for appellant.

Richard A. Beauchamp and Benjamin P. Bean of Panza, Maurer & Maynard, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***